**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7123**

---

DAVID HERMAN DUMPH,

Plaintiff - Appellant,

versus

MILTON NOWELL; BOB GADDY, JERRY VANDIFORD;
THOMAS ASBELL; NORTH CAROLINA DEPARTMENT OF
CORRECTION,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Terrence W. Boyle, Chief
District Judge. (CA-01-634-5-BO)

---

Submitted: October 24, 2002          Decided: October 31, 2002

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

David Herman Dumph, Appellant Pro Se. Buren Riley Shields, III,
NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Dumph appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Dumph v. Nowell, No. CA-01-634-5-BO (E.D.N.C. July 23, 2002). Additionally, Dumph's motion to paticipate in oral argument is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2